UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL CONCRETE CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RENTALS (NORTH AMERICA), INC., and UNITED RENTALS, INC.,<br><br>Defendants. | Case No.: 17-CV-1506 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 23) |

Presently before the Court is Plaintiff Excel Concrete Construction, Inc. and Defendants United Rentals (North America), Inc. and United Rentals, Inc.'s (collectively "Parties") Joint Motion to Dismiss. (ECF No. 23.) The Parties have executed a written settlement agreement and the Superior Court of Dougherty County, Georgia, has held a final fairness hearing and approved the class settlement, which resolves the claims in this case. (*Id.* at 2.) The parties have stipulated to dismiss the action with prejudice. (*See id.* at 2.)

///

///

///

1  2  3   Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety.  The Clerk of Court **SHALL** close the file.

4   **IT IS SO ORDERED.**

5  Dated:  October 1, 2018

6  Hon. Janis L. Sammartino
7  United States District Judge